NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADASA INC.,**

*Plaintiff-Appellee*

v.

**AVERY DENNISON CORPORATION,**

*Defendant-Appellant*

---

2024-1673

---

Appeal from the United States District Court for the District of Oregon in No. 6:17-cv-01685-MK, Magistrate Judge Mustafa T. Kasubhai.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    ADASA INC. V. AVERY DENNISON CORPORATION

(2)  Each side shall bear their own costs.

FOR THE COURT



May 2, 2024
   Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 2, 2024